UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DARYN STEPHEN RICHARDSON, | Case No. 3:25-cv-00384-MMD-CLB |
| Plaintiff, | ORDER |
| v. | |
| JEREMY BEAN, *et al.*, | |
| Defendants. | |

### I.   DISCUSSION

On July 28, 2025, Plaintiff initiated this lawsuit. (ECF No. 1). On October 14, 2025, Plaintiff filed a first amended complaint, an application to proceed *in forma pauperis*, and a motion for appointment of counsel. (ECF Nos. 3, 4, 5).

On November 4, 2025, Plaintiff submitted a letter informing the Clerk's Office that it had mistakenly docketed the October 14th documents in the above-referenced case. (ECF No. 6 at 1).  Plaintiff states that the October 14th documents were supposed to initiate a new civil rights lawsuit. (*Id*.)  To fix the error, Plaintiff requests that the Clerk's Office separate the October 14th documents from the current lawsuit and dispose of that lawsuit. (*Id*.) In his letter, he attaches an entirely new lawsuit packet that he would like to be docketed as a new lawsuit. (*Id*. at 1-2).

In response to this letter, the Clerk's Office attempted to correct the filing errors and appears to have misread Plaintiff's letter and filed the October 14th documents in other cases.

For judicial clarity and in response to Plaintiff's letter, the Court now strikes the October 14th documents filed in this case (ECF Nos. 3, 4, 5). The Clerk of the Court will open an entirely new case with the documents submitted in Plaintiff's letter (ECF No. 6-1).

///

///

## II.    CONCLUSION

It is therefore ordered that the Clerk of the Court strike the first amended complaint (ECF No. 3), the application to proceed *in forma pauperis* (ECF No. 4), and the motion for appointment of counsel (ECF No. 5) from this docket pursuant to Plaintiff's request (ECF No. 6).

It is further ordered that the Clerk of the Court will open a new case and docket the application to proceed *in forma pauperis* (ECF No. 6-1 at 104-113), complaint (ECF No. 6-1 at 14-36), exhibits (ECF No. 6-1 at 37-43, 49-103), motion for appointment of counsel (ECF No. 6-1 at 44-48), and motion for preliminary injunction (ECF No. 6-1 at 2-13) in that new case.

DATED: November 5, 2025.

_____
UNITED STATES MAGISTRATE JUDGE