**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

DARYN STEPHEN RICHARDSON,

Plaintiff,

v.

JEREMY BEAN, *et. al.,*

Defendants.

Case No. 3:25-CV-00384-MMD-CLB

**ORDER DENYING AS PREMATURE MOTION FOR SUMMARY JUDGMENT**

[ECF No. 21]

Currently pending before the Court is Plaintiff Daryn Stephen Richardson's ("Plaintiff") motion for summary judgment (ECF No. 21.) Defendants opposed the motion. (ECF No. 21) Plaintiff did not file a reply. For the reasons stated below, the Court denies Plaintiff's motion, (ECF No. 21), as premature.

This case involves a civil rights action filed by an inmate. (ECF No. 1.) The Court screened this case on June 17, 2026. (ECF No. 13.) The Court referred this case to its Early Inmate Mediation program, and mediation was held on August 25, 2026. (ECF No. 18.) Unfortunately, the parties could not settle this case. Thereafter, the Court granted Plaintiff's IFP Application, and this case was returned to the normal litigation track. (ECF No. 19.) On September 16, 2026, Defendants accepted service of the complaint. Accordingly, Defendants' answer was due by no later than November 15, 2026. However, before Defendants filed an answer and discovery formally opened, Plaintiff filed the instant motion. (ECF No. 21.) In this motion, Plaintiff argues that summary judgment should be entered based on certain facts related to the mediation and asserts that any future motion to dismiss or motion for summary judgment filed by Defendants should be denied based on this filing. (*See* ECF No. 21 at 5-6.)

"Motions for summary judgment can be filed at any time but are often denied as premature when submitted before the parties have had time to conduct at least some discovery." *Smith v. Jones*, No. 3:20-CV-0504-MMD-CLB, 2021 WL 5968455, *1 (D. Nev Dec. 6, 2021) (citing *Celotex Corp. v. Catreet*, 477 U.S. 317, 322 (1986) (quotations omitted)). Although Rule 56 allows a party to file a motion for summary judgment "at any time," the rule also allows the court, as is just, to deny the motion or order a continuance for the opposing party to pursue discovery. Fed. R. Civ. P. 56 (Advisory Committee's Notes (2010 Amendments Subdivision (b)).

Because discovery has not opened, and no discovery has yet taken place in this case, and because this motion appears to be an attempt to head off yet-to-be-filed motions to dismiss and/or summary judgment that may or may not be filed by Defendants in the future, the Court finds Plaintiff's motion for summary judgment is premature pursuant to Rule 56(d) of the Federal Rules of Civil Procedure. Smith v. Jones, 2021 WL 5968455 at *1 ("Motions for summary judgment can be filed at any time but are often denied as premature when submitted before the parties have had time to conduct at least some discovery."). Accordingly, the motion for summary judgment, (ECF No. 21) is **DENIED**, with leave to refile once discovery is complete.

**IT IS SO ORDERED.**

**DATED**: October 27, 2026.

UNITED STATES MAGISTRATE JUDGE